# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

*UNITED STATES OF AMERICA*

v.                                                          ELECTRONIC CRIMINAL COMPLAINT

*JOSHUA DAVID HUSTON*              CASE NUMBER: 19-04304MJ-001-PCT-CDB

I, the undersigned complainant, state under oath that the following is true and correct to the best of my knowledge and belief:

### COUNT 1

On or about October 17, 2019, in Mohave County, in the District of Arizona, the defendant, JOSHUA DAVID HUSTON, did willfully and knowingly steal and purloin a 2016 Ford F350 pickup truck and its contents, with a value exceeding $1,000.00, which was property and goods of the United States, in violation of 18 U.S.C. § 641.

### COUNT 2

On or about October 17, 2019, in the Lake Mead National Recreation Area, an area within the special maritime and territorial jurisdiction of the United States, and elsewhere, in Mohave County, in the District of Arizona, the defendant, JOSHUA DAVID HUSTON, was the driver of a motor vehicle and did willfully flee and attempt to elude pursuing official law enforcement vehicles(s), that is National Park Service law enforcement rangers and other law enforcement officers, who were attempting to conduct a traffic stop on the vehicle the defendant was driving, while the law enforcement rangers and other law enforcement officers were operating official marked law enforcement vehicles with their emergency lights and sirens operating, in violation of Title 18, United States Code, Sections 7 & 13 and Arizona Revised Statutes, Sections 28-622.01, 13-702(D), & 13-801(A).

### COUNT 3

On or about October 17, 2019, in Mohave County, in the District of Arizona, the defendant, JOSHUA DAVID HUSTON, did knowingly, intentionally, recklessly, and forcibly assault, resist, oppose, impede, intimidate, and interfere with National Park Service Law Enforcement Ranger Cody Lloyd, a person designated under Title 18, United States Code, Section 1114 as a federal officer at that time, while Ranger Cody Lloyd was engaged in and on account of the performance of his official duties, in violation of Title 18, United States Code, Section 111(a)(1).

### COUNT 4

On or about October 17, 2019, in the Lake Mead National Recreation Area, an area within the jurisdiction of the National Park Service, in Mohave County, in the District of Arizona, the defendant, JOSHUA DAVID HUSTON, did operate and drive a motor vehicle in reckless disregard for the safety of persons and property, in violation of Title 36, Code of Federal Regulations, Sections 1.3 & 4.2(b) and Arizona Revised Statutes, Section 28-693(A).

### COUNT 5

On or about October 17, 2019, in the Lake Mead National Recreation Area, an area within the jurisdiction of the National Park Service, in Mohave County, in the District of Arizona, the defendant, JOSHUA DAVID HUSTON, did unlawfully operate a motor vehicle on a public highway and road in a park area when the defendant's privilege to drive a motor vehicle was suspended, in violation of Title 36, Code of Federal Regulations, Sections 1.3 & 4.2 and Arizona Revised Statutes, Section 28-3473(A).

I further state that I am a sworn Special Agent with the National Park Service, and that this Complaint is based on the following facts: **See attached Affidavit incorporated herein.**

Continued on an attachment sheet and made a part hereof: ☒ Yes   ☐ No

REVIEWED BY: /s AUSA Paul V. Stearns

__X__  Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

Marshall Anderson, Special Agent, NPS
Complainant's Name and Title

Complainant's Signature     Date

__X__  Sworn by Telephone

10/18/2019 at 5:05 pm
Date/Time

Flagstaff, Arizona
City and State

Camille D. Bibles, U.S. Magistrate Judge
Name & Title of Judicial Office

*Camille D Bibles*
Signature of Judicial Officer

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

## ELECTRONICALLY SUBMITTED AFFIDAVIT

I, NPS Special Agent Marshall C. Anderson, state the following under oath:

1. I am a Special Agent (SA) with the National Park Service (NPS), United States Department of the Interior. I am presently assigned to the Southwest Field Office, duty stationed at the Tucson Resident Agency. I have been employed as a federal law enforcement officer since 2005. I have worked in the role of Special Agent and as a U.S. Park Ranger in Wyoming, South Dakota, and Arizona. I possess a Bachelor of Science degree in Emergency Administration and Planning from the University of North Texas. I have received training at the Federal Law Enforcement Training Center, completing the Land Management Police Training Program and the Department of the Interior Criminal Investigator Training Program.

2. The information contained in this affidavit is based on your affiant's investigation and knowledge, as well as information derived from reports and interviews of the law enforcement officers and/or witnesses including those named herein. In particular, your affiant spoke with and/or obtained information from NPS Special Agents Brian Lake and Betsy Smith and NPS Rangers Cody Lloyd and W. Schlesinger. Additionally, your affiant reviewed a dash cam video from Ranger Lloyd NPS patrol vehicle. Because this affidavit is made for the limited

purpose of establishing probable cause, your affiant has not listed every fact known concerning this investigation.

## Introduction

3. This case involves numerous federal violations that were committed by Joshua David HUSTON (HUSTON) at the Lake Mead National Recreation Area ("LMNRA") in the District of Arizona on or about October 17, 2019. In short, HUSTON stole a F350 pickup truck from the LMNRA. When an NPS ranger attempted to stop him, HUSTON fled and attempted to elude numerous NPS rangers and state law enforcement officers. The chase occurred both inside and outside of the LMNRA. During the chase, HUSTON drove in a reckless and dangerous fashion, and he drove at a NPS Ranger who believed HUSTON was trying to strike him. Additionally, HUSTON's driver's license privileges were suspended at the time of the incident/pursuit, which lasted for more than two hours.

## Investigation/Probable Cause

4. On or about October 17, 2019, at approximately 0947 hours, United States Park Ranger (USPR) W. Schlesinger overheard a NPS employee, identified by his initials of "PR," transmit via radio that his government owned maintenance truck had been stolen from his work location at the Pearce Ferry boat ramp, which is an area within the jurisdictional boundaries of the LMNRA near Meadview, Arizona.

5.  The vehicle that was stolen is a white 2016 Ford F-250 heavy-duty pickup truck. The truck had a large water tank in its bed, and there was work equipment in and/or attached to the truck. This truck is owned by the National Park Service, which is part of the United States Department of the Interior. This vehicle also has "US Government" license plates. An Internet search shows the current value of such a truck is at least $30,000. This style of truck, with the additional water tank and work equipment affixed, is a common configuration for NPS maintenance vehicles at LMNRA and is easily recognizable to NPS employees.

6.  During an interview with PR, he stated he was in full NPS uniform when he exited his truck to check a rest station before cleaning. He was approximately three to four feet from the open driver's side door when an individual walked out from brush and toward the vehicle. PR described the subject as a white male, tan skin, and dirty in appearance. PR reported that the subject had dark hair and eyes, stood approximately 5'10", and weighed approximately 180 pounds. As the subject entered the truck, PR shouted, "You're going to jail." However, this did not deter the subject from driving away. PR did not observe any other individuals with the subject or any other individuals get into the truck other than the subject.

7.  While responding to the Meadview area, USPR Schlesinger observed a NPS maintenance vehicle traveling northbound on US93 near mile marker 35 in

the State of Arizona. USPR Schlesinger made a U-turn and began to follow this vehicle in an attempt to verify that it was the stolen NPS truck. At about mile marker 27, USPR Schlesinger caught up to the NPS truck and observed it to be traveling at approximately 90 miles per hour in a posted 65 mile per hour zone. The vehicle had a US Government license plate, a large water tank in the bed, and it matched the description of the stolen NPS truck.

8. USPR Schlesinger continued to follow the NPS truck while coordinating other law enforcement resources. He did not attempt to initiate a vehicle stop at this time and was following at a distance.

9. At or near mile marker 19, traffic slowed due to road construction. USPR Schlesinger observed the NPS truck drive on the emergency shoulder to pass a semi-truck and trailer.

10. As the NPS truck approached the Willow Beach access road at or near mile marker 14, it made a U-turn and headed southbound. During this maneuver, both the NPS truck and USPR Schlesinger were traveling at slow speeds. USPR Schlesinger was able to visually observe the driver. The driver of the NPS truck was not in an NPS uniform, and USPR Schlesinger did not recognize him as an NPS employee. USPR Schlesinger later confirmed the individual he saw was HUSTON.

11. USPR Schlesinger continued to follow the NPS truck southbound. At approximately mile marker 17 on US93, USPR Schlesinger activated his vehicle's

emergency lights and siren in an attempt to perform a traffic stop on the stolen NPS truck. The NPS truck did not yield or stop, and it continued southbound at approximately 90 miles per hour while being pursued by law enforcement officers.

12. As the pursuit approached the Temple Bar access road near mile marker 19, the NPS truck made a U-turn. During this maneuver, USPR Schlesinger was, again able to see HUSTON in the driver's seat of the NPS truck. USPR Schlesinger did not observe any other occupants in the NPS truck.

13. Following the U-turn, the pursuit went northbound on US93, and a fully marked NPS law enforcement vehicle became the lead pursuit vehicle. (The lead NPS vehicle was a marked NPS law enforcement vehicle, and both its emergency lights and siren were activated and operational. Other law enforcement vehicles, including NPS rangers, were also involved in the pursuit and had their lights and sirens on.) At this point, there were multiple law enforcement vehicles in pursuit as the stolen NPS truck fled at speeds of about 90 to 95 miles per hour.

14. At mile marker 4 on US93, the NPS truck made another U-turn, traveling southbound, and it continued at a high rate of speed. At or near mile marker 15, the NPS truck passed multiple vehicles by using the right shoulder emergency lane.

15. As the pursuit approached the Temple Bar access road, the stolen NPS truck made yet another U-turn. It then traveled eastbound into the LMNRA in the District of Arizona. NPS rangers continued in pursuit at a high rate of speed along

the Temple Bar access road until approximately mile marker 24. The NPS truck then made a U-turn and headed back toward US93.

16. While the stolen NPS truck was making the U-turn on Temple Bar access road, USPR Cody Lloyd stopped his marked patrol vehicle in the eastbound lane and exited his marked NPS vehicle with his patrol rifle. As the NPS truck continued to make the U-turn, USPR Lloyd stayed behind his patrol vehicle. USPR Lloyd yelled commands at HUSTON to "get out of the vehicle" and "stop now," while pointing his rifle at the suspect. As the NPS truck completed the turn, HUSTON revved the engine and drove toward USPR Lloyd at an estimated speed of 35 miles per hour. This caused USPR Lloyd to retreat behind his NPS police vehicle and into the culvert to avoid being struck. USPR Lloyd stated he felt this course of action was the best decision rather than attempting to stop the vehicle using deadly force. During an interview with USPR Lloyd, he stated he believed the suspect was intentionally attempting to ram his (Lloyd's) patrol vehicle. USPR Lloyd said he was in fear of being severely injured in the collision.

17. After the stolen NPS truck passed USPR Lloyd and additional law enforcement units, it came upon USPR Schlesinger and USPR J. Darling at mile marker 21. USPR Schlesinger observed the NPS truck to be traveling at approximately 85 miles per hour in a posted 45 mile per hour zone, and the truck was swerving in both lanes of travel as it headed back toward US93.

18. NPS rangers attempted to stop the stolen NPS truck using approved tire deflation devices, and they were successful in disabling three of the truck's tires as it approached US93.

19. As the NPS truck exited Temple Bar access road, it began traveling northbound on US93. NPS rangers observed portions of the vehicle's tires separating from the wheel, as the vehicle began driving against traffic (i.e., moving northbound in the southbound lane of travel). At a point prior to the termination of the pursuit, an Arizona Department of Public Safety (AZ DPS) trooper fired at the NPS truck in an attempt to stop the vehicle. US93 is a heavily traveled road, and it is a main thoroughfare between the Las Vegas metropolitan area and Interstate 40.

20. At approximately mile marker 12 on US93, the stolen NPS truck left the roadway and crashed. It came to rest approximately 50 yards down a slope. At that point, the driver, later identified as Joshua David HUSTON, exited the vehicle and ran into the desert. HUSTON was later apprehended by AZ DPS troopers and NPS rangers in the District of Arizona.

21. After HUSTON was taken into custody, it was determined by a records check that his Ohio driving privileges are suspended. It also appears that he has a non-extraditable warrant out of Monroe County, Michigan for failure to appear.

22. The NPS truck that HUSTON was driving was confirmed as the vehicle that was stolen truck from the presence of PR. HUSTON did not have

7

permission or authority to take and/or possess the truck. The value of the NPS truck, including its contents, is believed to be well in excess of $1,000.00 (and likely in excess of $30,000). The truck sustained very severe damage as a result of the crash.

23. Portions of the pursuit described above occurred in the LMNRA in the District of Arizona. The LMNRA is an area within the special maritime and territorial jurisdiction of the United States.

24. USPR Cody Lloyd was in uniform and in a marked NPS law enforcement vehicle when HUSTON drove at Lloyd in a threatening fashion. USPR Lloyd was engaged in the performance of his official duties when the incident (i.e., assault) above occurred.

25. HUSTON was initially arrested by troopers from the AZ DPS on October 17, 2019 in Mohave County, Arizona, at about 1336 hours. Custody of HUSTON was later transferred to NPS personnel, who also assisted in HUSTON's arrest.

//////////

## Conclusion

26.     Based on the information set forth in this affidavit, your affiant submits that there is probable cause to believe that Joshua David HUSTON violated federal law.

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.**

_____          10/18/2019
Marshall C. Anderson, Special Agent, NPS          Executed on (Date)


X_____ Sworn by Telephone


Date/Time: 10/18/2019 @ 5:05 pm


_Camille D Bibles_
Camille D. Bibles
United States Magistrate Judge

9